United States Bankruptcy Court
Central District of California

In re:  
Zunilda Alaniz-Hassey  
     Debtor

Case No. 11-37974  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: cjucoC      Page 1 of 1      Date Rcvd: Jun 29, 2011  
                     Form ID: deforco    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2011.  
db        +Zunilda Alaniz-Hassey,    234 N Valley Center Ave,    Glendora, CA 91741-3069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                               **Signature:** _/s/ Joseph Speetjens_

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** | |
| In re:<br>Zunilda Alaniz−Hassey<br>aka Zuny Alaniz, aka Zuny Alaniz−Hassey | CHAPTER NO.:  13 |
| | CASE NO.: 2:11−bk−37974 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule A**
**Schedule G**
**Statement − Form 22C**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**
**Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

| | |
|---|---|
| BY ORDER OF THE COURT | KATHLEEN J. CAMPBELL, CLERK OF COURT |
| Dated: <u>June 29, 2011</u> | By: <u>Corazon Juco</u><br>       **Deputy Clerk** |

deforco − Revised 12/2010                                                                                                                     **1 / CJG**