Zunilda Alaniz-Hassey
234 N. Valley Center Ave
Glendora, CA 91741


FILED
JUL 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              )
                                    )   Case No.: 2:11-bk-37974 ER____
Zunilda Alaniz-Hassey               )
                                    )
         Debtor                     )

## Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other Documents

The motion of Zunilda Alaniz-Hassey respectfully presents:

1. Movant has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code 9 days prior to the date hereof.

2. Attached to such voluntary petition is a list of debtor's creditors and their addresses.

3. Debtor needs more time as new information came to light before plan, schedules and other documents can be submitted.

**WHEREFORE**, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for thirty days, or _____, and that he have such other and further relief as is just.

DATED: 07/08/2011

Respectfully Presented,

_____
Zunilda Alaniz- Hassey

PROOF/ CERTIFICATE OF SERVICE

I hereby certify that I am a woman/man living in the boundaries of the Republic of California and that I am over the age of 18 years.

My location is: Glendora, California.

On this date, 07/08/2011 I mailed

RE: Zunilda Alaniz-Hassey    2:11-bk-37974 ER

By placing a true copy thereof enclosed in a sealed envelope via United States Postal Service, fully prepaid, at

Glendora, California

Addressed as set forth below:

The following document/s:

Motion for Further Time to file Chapter 13 Plan, Schedules, Statement of Financial Affairs, and other Documents along with Order granting same.

To the following persons:

UNITED STATES TRUSTEE
725 S. FIGUEROA STREET, SUITE 2600
LOS ANGELES, CA 90017

Nancy K Curry ( TR)
606 South Olive Street, Suite 950
Los Angeles, Ca 90014

I declare that the foregoing is true and correct.

Executed on 8th day of July

By: Janet C. Marquez