1  ZUNILDA ALANIZ-HASSEY
2  234 N. Valley Center Avenue
   Glendora, CA 91741

LODGED JUL 11 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JUL 21 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:

FILED JUL 14 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re                              )
                                   )   Case No.:  2:11-bk-37974-ER
Znilda Alaniz-Hassey               )
                                   )   *and Order*
        Debtor                     )
                                   )

ORDER Granting Further Time To File Schedules,
Statement of Financial Affairs, Plan and other Documents

Upon the motion of Zunilda Alaniz-Hassey, the above named debtor, praying for an extension of time under Bankruptcy Rule 1007(a)(5) and 1007(c) and for other relief, it is,

**ORDERED** that the time of said debtor to file schedules and statement of affairs and other Documents be, and hereby is, extended for 30 days, or 8/31/11, from the date of this order.

*Order*

Dated: 7/14/11

Grant

_____
Bankruptcy Court Judge