United States Bankruptcy Court
Central District of California

In re:  
Zunilda Alaniz-Hassey  
    Debtor

Case No. 11-37974-ER  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: abagliett     Page 1 of 1     Date Rcvd: Aug 11, 2011  
                              Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2011.  
29746514      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2011**                              **Signature:** _Joseph Speetjens_

**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:11-bk-37974-ER
Chapter 13

In re: Debtor(s) (including Name and Address)

Zunilda Alaniz-Hassey
234 N Valley Center Ave
Glendora CA 91741

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/10/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: FIA CARD SERVICES, N.A., PO Box 15102, Wilmington, DE 19886-5102 | Candica, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/13/11

Kathleen J. Campbell
**CLERK OF THE COURT**